#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL DEMERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:18-cv-01419-NJR-MAB |
| | ) | |
| ANDY TRAN and WEST BELLEVILLE NAIL SPA, | ) ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed by and between Plaintiff Michael Demery and the sole remaining Defendant, West Belleville Nail Spa, that all of Plaintiff's claims are hereby dismissed with prejudice at each party's own costs.

**PRATT & TOBIN, P.C.**                           **EVANS & DIXON, L.L.C.**

By: s/Benjamin P. Tobin                           By: s/Brian R. Shank
    Gregory M. Tobin - #06192096                    Brian R. Shank (admitted pro hac vice)
    Benjamin P. Tobin - #06302081                    David C. Berwin - #06281639
    Route 111 at Airline Drive                       211 North Broadway, Suite 2500
    P. O. Box 179                                    St. Louis, MO 63102
    East Alton, IL 62024                             Telephone: (314) 621-7755
    Telephone: (618) 259-8011                        Facsimile:  (314) 632-3136
              (800) 851-5562                    bshank@evans-dixon.com
    Facsimile:  (618) 259-6793                       dberwin@evans-dixon.com
    ptpc1@sbcglobal.net                              Attorneys for Defendant
    pratttobin@sbcglobal.net
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this document was filed electronically with the Clerk of the Court to be served on all parties of record by operation of the Court's electronic filing system on this 12th day of June, 2019.

                Mr. Brian R. Shank
                Mr. David C. Berwin
                EVANS & DIXON, L.L.C.
                211 North Broadway, Suite 2500
                St. Louis, MO 63102

                                        s/Benjamin P. Tobin
                                        BENJAMIN P. TOBIN