## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL DEMERY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Case No. 18-CV-1419-NJR-MAB** |
| | ) |
| **ANDY TRAN and WEST BELLEVILLE** | ) |
| **NAIL SPA,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>JUDGMENT IN A CIVIL ACTION</u>

**DECISION BY THE COURT.**

     **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order dated October 31, 2018,

Defendant Andy Tran was **DISMISSED with prejudice** (Doc. 20).

     **IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Stipulation of

Dismissal filed on June 12, 2019 (Doc. 29), the action is **DISMISSED with prejudice**.

     **DATED:  June 13, 2019**

                                   **MARGARET M. ROBERTIE,**
                                   **Clerk of Court**

                                   **By: <u>s/ Deana Brinkley              </u>**
                                      **Deputy Clerk**

**APPROVED: <u>s/ Nancy J. Rosenstengel      </u>**
                    **NANCY J. ROSENSTENGEL**
                    **Chief U.S. District Judge**